# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

Clifford W. Taylor,
Chief Justice

127343

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TINA HARGREAVES,
      Plaintiff-Appellant,

v

    SC: 127343
    COA: 249433
    Livingston CC: 02-019395-NO

GENOA LODGING, L.L.C.,
      Defendant-Appellee.

_____/

    On order of the Court, the application for leave to appeal the August 12, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk